

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 07 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAZAN WILD, an individual, DBA Carnival Comics, | No. 11-56065 |
| Plaintiff - Appellant, | D.C. No. 2:10-cv-03615-GAF-AJW Central District of California, Los Angeles |
| v. | |
| NBC UNIVERSAL, a Delaware corporation; et al., | ORDER |
| Defendants - Appellees. | |



Before: CALLAHAN, IKUTA, and HURWITZ, Circuit Judges.

The requests for publication are denied.